IRENE RUZIN, ATTORNEY AT LAW CSB# 125763
LAW OFFICES OF IRENE RUZIN
16311 VENTURA BLVD., SUITE 900
ENCINO, CA 91436
TEL:  (818) 325-2888
FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, SANDRA ERWIN

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SANDRA ERWIN, <br><br>   Plaintiff, <br>  vs. <br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br>   Defendants. | Case No.: CV 07-06663 (RZ) <br><br> ORDER <br> AWARDING EAJA FEES <br><br><br> RALPH ZAREFSKY <br> UNITED STATES MAGISTRATE JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff' attorney, Irene Ruzin, as Plaintiff's assignee, is awarded attorney's fees under the Equal Access to Justice Act ("EAJA") in the amount of THREE THOUSAND SEVEN HUNDRED DOLLARS ($3,700.00), as authorized by 28 U.S.C. § 2412(d).

DATED: August 11, 2008

*/s/ Ralph Zarefsky*
RALPH ZAREFSKY
U.S. MAGISTRATE JUDGE